CASE UNSEALED PER ORDER OF COURT

SEALED

FILED

JAN 22 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALEC WHITE,<br><br>Defendant. | Case No.: **19MJ0288**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 26, U.S.C., Secs. 5861(d) and 5871<br>- Possession of Unregistered Firearm |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about December 14, 2018, within the Southern District of California, defendant DAVID ALEC WHITE, did knowingly and intentionally possess a firearm which was not registered to him in the National Firearms Registration and Transfer Record, to wit: a fully automatic AR-15 style rifles with a shortened barrel under sixteen inches and bearing no serial number; in violation of Title 26, United States Code, Section 5861(d).

IMW

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Ricardo Jimenez
Agent, ATF

Sworn to me and subscribed in my presence this 2⌐ day of January, 2019.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 14, 2018, United States Probation Officers (USPOs) with the United States Probation Office, conducted a routine residential visit to a probationer at his residence. During the visit, USPOs identified, in plain view, what appeared to be a rifle located in one of the residence's bedrooms. Two revolvers contained in gun socks were also found in the same bedroom. The probationer denied ownership of the firearms, and stated to USPOs that the firearms belonged to his roommate, David Alec WHITE (WHITE). Due to the probationer's prohibited status, United States Probation Officers seized the firearms. USPOs reported they were subsequently contacted by WHITE, who stated the seized firearms belonged to him, not the resident on probation, and that WHITE wanted his firearms returned. USPOs notified the ATF San Diego Field Office of the seizure.

On December 17, 2018, ATF agents met with USPOs at their office, and examined the rifle and two revolvers. The rifle appeared to be an AR-15-type SBR manufactured from an unfinished lower receiver bearing no manufacturer markings or serial numbers. A subsequent measuring of the rifle's barrel by ATF agent determined the rifle's barrel to be approximately twelve (12) inches in length.

ATF agents queried WHITE in the NFRTR, and determined that WHITE has no NFA firearm registered to him. The possession of an unregistered SBR is in violation of Title 26 § 5861(d) of the NFA. Furthermore, all NFA firearms are required to have a serial number, in compliance with the firearm marking laws, registered into the NFRTR. As the SBR recovered at the residence has no serial number, it does not meet the NFA registration criteria.

On December 18, 2018, an ATF agent placed a ruse telephone call, posing as a United States Probation Office property custodian, to WHITE. WHITE admitted he had three firearms (one rifle and two revolvers) taken from his bedroom that he wanted returned. WHITE stated there was no serial number on the rifle, because it was an "eighty percent" and that he had built the firearm from parts he had purchased or borrowed. WHITE stated he bought the rifle's lower receiver from an online shop named Palmetto and stated he could

provide a receipt from Palmetto to prove ownership of the lower receiver. WHITE also stated that one of the seized firearms was legally exempt because it was considered an "antique."

ATF agents received certified conviction documents showing that WHITE has been convicted of a misdemeanor battery conviction for a violation of California Penal Code (PC) § 242 on September 28, 2015. Per California PC12021(c)(1), anyone convicted of PC 242 is prohibited from owning or possessing a firearm for ten (10) years of the conviction. The conviction documents also state that he is prohibited from having a weapon. From the year 1992 to 2014, WHITE appears to have approximately eight (8) arrests for weapons-related charges.