# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 19mJ0288-PLM
vs )
) ABSTRACT OF ORDER
)
) Booking No. _____
David Alec White )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/5/19__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__✓__ Defendant released on $ __40,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

_Barbara L. Major_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL       Clerk
by
                   _Jord. 6703_
                   Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev. 8-11)                    ★ U.S. GPO: 1996-783-398/40151

**CLERK'S COPY**