PS 8D
(05/08)

May 16, 2019

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** David Alec White (English)  **Dkt No.:** 3:19CR666-H

**Reg. No.:** 73744-298

**Name of Judicial Officer:** The Honorable Marilyn L. Huff, U.S. District Judge (referred to the Honorable Barbara L. Major, U.S. Magistrate Judge)

**Date Conditions Ordered:** January 31, 2019, before the Honorable Barbara L. Major, U.S. Magistrate Judge

**Charged Offense:** 26 USC 5861(d), 5871 - Possession of Unregistered Firearm

**Conditions of Release:** *Mandatory Conditions* - Not commit a federal, state, or local crime during the period of release, and cooperate in the collection of a DNA sample as authorized by 42 U.S.C. 14135a. *Standard Conditions* - appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, ammunition, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under and circumstances; report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of the defendant's current residence address and phone number, when first reporting to Pretrial Services, and any new contact information, before making any change of residence or phone number; restrict travel to San Diego County; do not enter Mexico. *Additional Conditions*: actively seek or continue full-time employment, or schooling, or a combination of both; reside with a family member, surety, or at a residence approved by the Pretrial Services Office; surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document; clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office; submit to testing for drugs/alcohol no more than 8 times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination; do not have a blood alcohol content (BAC) of .08% or more; do not drive without a valid driver's license.

**Modification**: None

**Date Released on Bond:** February 5, 2019

**Next Court Hearing:** July 15, 2019, at 2:00 p.m. for Motion Hearing/Trial Setting

**Asst. U.S. Atty.:** Brandon Kimura  **Defense Counsel:** Kenneth Troiano (Appointed)
(619) 546-9614  (858) 268-8600

**Prior Violation History:** None

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** Do not possess or attempt to possess a firearm, destructive device, ammunition, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services. | 1. The defendant was found to possess 168 rounds of ammunition, as evidenced by a search conducted on May 16, 2019, by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).<br><br>2. The defendant was found to possess a single shot pistol, as evidenced by a search conducted on May 16, 2019, by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). |

*Grounds for Revocation:*

The undersigned reviewed the Pretrial Release Order signed by your Honor on January 31, 2019, which direct the defendant to "not possess or attempt to possess a firearm, destructive device, ammunition, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services." On February 7, 2019, Pretrial Services reviewed the Pretrial Release Order with the defendant and he signed reporting instructions acknowledging his understanding of them.

On May 16, 2019, the undersigned received notification from ATF Agent Gordon, a search and seizure warrant was to be executed at the garage of the defendant's residence. The undersigned reviewed the Search and Seizure Warrant, signed by the Honorable Michael S. Berg, U.S. Magistrate Judge, on May 15, 2019, which indicate "garage #2" at the defendant's address was to be searched prior to May 29, 2019.

Upon completion of the search, Agent Gordon contacted the undersigned and reported they had completed a search of garage #2. She further indicated items found in the garage connected it to the defendant. She specifically stated agents found a California DMV parking/toll evasion payment in the defendant's name inside of garage #2. In addition to this information, Agent Gordon stated agents found 168 rounds of rifle, shotgun, and pistol ammunition inside of this garage. She further advised a single shot pistol was also located in the garage and after an agent conducted a function test, it appeared to function as designed. The undersigned has requested a copy of the report of the search and it is pending at the time of this writing.

The undersigned would note, a home assessment was conducted on May 6, 2019, and during this visit the defendant was specifically asked if he had a garage and he reported he did not. Additionally, on that same date, the undersigned requested a copy of the defendant's lease agreement and he has yet to provide it to our office.

## SUPERVISION ADJUSTMENT

Pretrial Services assesses the defendant's adjustment to supervision as poor. The defendant has been untruthful with the undersigned and possessed ammunition and a firearm while under Pretrial supervision in direct violation of his conditions of release. The defendant has been unable to comply with this Court's order and Pretrial Services views the defendant's non-compliance as a risk of danger to the community.

Criminal computerized record check completed on this date reveals no new arrests or convictions.

## RECOMMENDATION/JUSTIFICATION

Pretrial Services respectfully requests the issuance of a warrant in order to bring the defendant before the Court to show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: May 16, 2019

Respectfully submitted:  Reviewed and approved:

LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _[signature: Marisa Zvers]_  _[signature: Jeff Larsen]_
Marisa Zvers  Jeff Larsen
U.S. Pretrial Services Officer  Supervising U.S. Pretrial Services Officer
(619) 446-3616
Place: San Diego, California

**THE COURT ORDERS:**

__X__  **AGREE**, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST AND ORDER HIM TO SHOW CAUSE WHY THEIR BOND SHOULD NOT BE REVOKED.

_____  Other _____

_[signature: Barbara L. Major]_  5:27 PM, May 16, 2019
The Honorable Barbara L. Major  Date
U.S. Magistrate Judge