

**FILED**

SEP 1 6 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID ALEC WHITE (1),

Defendant.

Case No. 19CR0666-H

JUDGMENT OF DISMISSAL

Booking No. 73744-298

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice

☒ of the offense as charged in the Information: 26 USC 5861(d) and 5871 - Possession of Unregistered Firearm.

IT IS SO ORDERED AND ADJUDGED.

Dated: 9/16/2019

_____
Honorable Marilyn L. Huff
United States District Judge